# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:19-CR-00372-01 |
| VERSUS | JUDGE JUNEAU |
| PARTICK COMEAUX (01) | MAGISTRATE JUDGE WHITEHURST |

**ORDER**
(Revised 12/2018)

Considering the issues discussed during the telephone scheduling conference of January 9, 2020,

IT IS ORDERED that Defendant's oral motion to continue the trial of this matter beyond the time limits proscribed by the Speedy Trial Act is GRANTED. Given the volume and complexity of the discovery in this case, as well as the issues related to the Petite Policy, and taking into account the exercise of due diligence, the Court finds that the ends of justice served by granting the continuance outweigh the public's and Defendant's rights in a speedy trial. Defendant agreed that this time is necessary and Defendant will not be in custody. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court grants the oral motion to set this case beyond the time allowed under the Act.

IT IS FURTHER ORDERED that the trial of this matter is hereby SET for June 8, 2020 before Judge Michael J. Juneau, Courtroom 1, Lafayette, LA.

IT IS FURTHER ORDERED that a pretrial conference will be held by telephone on May 22, 2020 at 10:00 a.m. by the undersigned magistrate judge.

Signed at Lafayette, Louisiana on the 13th day of January, 2020.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE