# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  19-CR-00372** |
| **VERSUS** | **JUDGE MICHAEL J JUNEAU** |
| **PATRICK COMEAUX (1)** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly;

The guilty plea of the defendant, **PATRICK COMEAUX**, is ACCEPTED in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that **PATRICK COMEAUX** is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of  July, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE